FILED

2011 Aug-15  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| MARTEZ GULLEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil Case Number:** |
| v. | ) |
| | )   **2:09-cv-1709-AKK** |
| CITY OF BIRMINGHAM, et al., | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The case comes before the court on the motion for summary judgment filed by defendants City of Birmingham, Roper, and Nunn. (Doc. 20.) On June 30, 2011, the magistrate recommended that the motion be granted. The plaintiff has filed an objection to that recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objection thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED**. An appropriate order will be entered.

DONE the 15th day of August, 2011.

_____

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE